IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD DORSEY<br>*Petitioner*,<br><br>v.<br><br>SCOTT KLINGENFELTER, et al.,<br>*Respondents*. | CIVIL ACTION<br><br>NO. 23-2583 |

## ORDER

**AND NOW**, this 17th day of June 2024, upon consideration Ronald Dorsey's Petition for a Writ of Habeas Corpus (ECF No. 1), Respondents' Response to the Petition (ECF No. 17), the Report and Recommendation of United States Magistrate Judge Lloret (ECF No. 18), Dorsey's Motion for Appointment of Counsel (ECF No. 19), Dorsey's Objections to the R&R (ECF No. 20), and all other relevant filings, it is hereby **ORDERED** that:

1. The Report and Recommendation (ECF No. 18) is **APPROVED** and **ADOPTED.**
2. Dorsey's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED** with prejudice.
3. Dorsey's Motion for Appointment of Counsel (ECF No. 19) is **DENIED**.
4. No certificate of appealability shall issue; and
5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

1